IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IFEANYI NWANI,

        Plaintiff,

v.

MOLLY, et al.,

        Defendants.

CIVIL ACTION
NO. 17-3634

## ORDER

**AND NOW**, this 31st day of May 2018, upon consideration of Defendants John Barnett, David Byrne, Michael Moore, Sgt. Joe Sabatino, Correctional Officer (CO) Charles Wise, CO Frank Kwaning, Dana Keith, Matthew Righter, Ronald Phillips' Motion to Dismiss (Doc. No. 13), Plaintiff's Opposition to the Motion to Dismiss (Doc. No. 16) and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Defendants John Barnett, David Byrne, Michael Moore, Sgt. Joe Sabatino, Correctional Officer (CO) Charles Wise, CO Frank Kwaning, Dana Keith, Matthew Righter, Ronald Phillips' Motion to Dismiss (Doc. No. 13) is **GRANTED**.

2. The Complaint is **DISMISSED WITH PREJUDICE** in its entirety.

3. All outstanding motions, including the Motion for Appointment of Counsel (Doc. No. 10), are **DENIED AS MOOT**.

4. The Clerk of Court shall close this case for statistical purposes.

                          BY THE COURT:

                          /s/ Joel H. Slomsky, J.
                          JOEL H. SLOMSKY, J.